UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL LUIS ANTONIO RODRIGUEZ, et al.,<br><br>Defendants. | Case No. 20-cv-01946-HSG<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, an inmate at Coalinga State Hospital, has filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. The complaint is hard to follow, but plaintiff appears to be arguing that his conviction is invalid because he did not commit the crime and that he has been discriminated against while housed at Coalinga State Hospital. This action will be DISMISSED without prejudice for the following reasons.

First, to the extent that plaintiff is seeking to challenge a state court conviction, he is advised that "'[c]hallenges to the validity of [his] confinement. . . [is] the province of habeas corpus.'" *Hill v. McDonough*, 547 U.S. 573, 579 (2006) (quoting *Muhammad v. Close*, 540 U.S. 749, 750 (2004)). Habeas is the "exclusive remedy" for the prisoner who seeks "'immediate or speedier release'" from confinement. *Skinner v. Switzer*, 562 U.S. 521, 533-34 (2011) (quoting *Wilkinson v. Dotson*, 544 U.S. 74, 82 (2005)). Plaintiff's claim that he did not commit the commitment offense must be brought in a petition for a writ of habeas corpus.

Second, to the extent that plaintiff is challenging the conditions of his confinement at Coalinga State Hospital, the Northern District of California is not the proper venue for such challenges. Coalinga State Hospital is located in Fresno County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in, and

1  none of the events or omissions giving rise to the complaint occurred in, the Northern District.
2  Venue for allegations regarding the conditions of plaintiff's confinement at Coalinga State
3  Hospital would be proper in the Eastern District, and not in this one.  *See* 28 U.S.C. § 1391(b).
4      This action is therefore DISMISSED without prejudice to plaintiff raising his challenges to
5  the validity of his conviction in a petition for a writ of habeas corpus and without prejudice to
6  plaintiff challenging the conditions of his confinement at Coalinga State Hospital in a 42 U.S.C.
7  § 1983 action filed in the Eastern District of California.
8      The Clerk shall terminate all pending motions as moot, enter judgment in favor of
9  defendants and against plaintiff, and close the case.
10 **IT IS SO ORDERED.**
11 Dated:  4/28/2020

*[signature: Haywood S. Gilliam, Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge