UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL LUIS ANTONIO RODRIGUEZ, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01946-HSG<br><br>**JUDGMENT** |

　　For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment is entered in favor of defendants and against plaintiff.

　　**IT IS SO ORDERED AND ADJDUGED.**

Dated: April 28, 2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge